UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number: 5:11-CV-231-F

| | | |
|---|---|---|
| TOWERBANK INTERNATIONAL, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| U.S. TOBACCO COOPERATIVE, INC., | ) ) | |
| Defendant. | ) ) ) | |

Upon consideration of the joint motion by the parties to stay this litigation to allow time for the parties to complete their agreement to settle this action, and the entire record herein, and it appearing that both parties have consented to the motion, and for good cause shown, it is hereby

ORDERED that the joint motion to stay this cause be, and the same is hereby GRANTED; and it is

FURTHER ORDERED that this case is stayed and that all deadlines in this case are suspended through and including August 22, 2011; and it is

FURTHER ORDERED that, on or before August 22, 2011, the parties will submit dismissal papers or provide a written status report to the Court on this matter.

This the ___8th___ day of ____July____, 2011.

_James C. Fox_